**No. 55664.**—Bohemian Distributing Co. et al. *v.* United States, protests 108778–K, etc. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55665.**—A. Schulman, Inc. *v.* United States, protest 134883–K (Cleveland).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55666.**—A. Schulman, Inc. *v.* United States, protests 137806–K and 142425–K (Cleveland).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 13, 1951

**No. 55667.**—Mary M. Pollay *v.* United States, petition 6714–R (Milwaukee).

Opinion by MOLLISON, J. No evidence having been presented to the court upon which a finding such as is required under section 489, *supra*, may be made, the petition was dismissed.

BEFORE THE SECOND DIVISION, JUNE 13, 1951

**No. 55668.**—Waverly Sugar Company *v.* United States, petitions 6704–R and 6705–R (Pembina).

FORD, Judge: The two petitions listed above, seeking remission of additional duties incurred by reason of undervaluation on entry of certain parts for sugar machinery, were filed under the provisions of section 489 of the Tariff Act of 1930.

At the trial, counsel for petitioner stated that the importations in question cover filter press plates and frames, and inasmuch as both petitions cover the same merchandise, motion was made that the two petitions be consolidated for trial. There being no objection by counsel for respondent, the court granted the motion.

In view of the rather unusual circumstances surrounding the purchase, importation, and entry of this merchandise, a short statement of the facts at this point will perhaps give a clearer picture of this entire transaction.

It appears that petitioner was operating a beet-sugar plant in Waverly, Iowa, during the past war and decided to convert its plant so as to produce malt sirup from corn. In order to make this conversion, additional machinery was required. For this additional machinery, an order was placed for a portion of the machinery with the Vulcan Iron Works of Winnipeg, Canada. The Vulcan Iron Works accepted the order and agreed to ship the machinery and arrange the entry into the United States, with the petitioner paying the freight, car waybills, and charges.